■ In the Matter of CB SPORTS, INC., Respondent, v LUND's MENS SHOP, INC., Doing Business as LUND's SKI AND SALE, Appellant.—Order unanimously affirmed, with costs, for rea-

sons stated in memorandum decision at Special Term, Stone, J. (Appeal from order of Supreme Court, Onondaga County, Stone, J.—preaction discovery.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.